MORRIS BROWN, Appellant, *v.* DUTCHESS COUNTY MUTUAL INSURANCE COMPANY OF POUGHKEEPSIE, Respondent.

*Brown* v. *Dutchess County Mut. Ins. Co.*, 90 App. Div. 613, affirmed.
(Argued February 27, 1905; decided March 14, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 19, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Moses Shire* for appellant.

*Milton A. Fowler* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

JOHN BELLEGARDE, Respondent, *v.* UNION BAG AND PAPER COMPANY, Appellant.

*Bellegarde* v. *Union Bag & Paper Co.*, 90 App. Div. 577, affirmed.
(Argued February 27, 1905; decided March 14, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 18, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Edgar T. Brackett* for appellant.

*George B. Wellington* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.